UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TY EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:07-cv-592- SEB-TAB |
| vs. ) | |
| ) | |
| FRANK POSKON, et al., ) | |
| ) | |
| Defendants. ) | |

**ENTRY ON PLAINTIFF'S EX PARTE REQUEST FOR
INSPECTION OF JUROR QUESTIONNAIRE**
(Docket No. 263)

Plaintiff, acting *pro se*, has moved the Clerk to inspect the questionnaire provided by Juror No. 3 and confirm her stated occupation. In support of his motion, he states that during voir dire, he recognized Juror No. 3's name, but could not recall why it was familiar. He has since recognized her to be an attorney and he explains that he was "employed" by another inmate to draft pleadings to initiate a legal malpractice action against her. He submits that, on her questionnaire, Juror No. 3 failed to reveal her status as an attorney and, instead, listed her occupation as that of a "housewife." He contends that had she revealed her true occupation, he would have immediately recognized her to be the lawyer against whom he had drafted legal papers and he would have used one of his peremptory strikes to remove her from the jury. He asserts that because of his involvement in helping the other inmate pursue the legal malpractice case against her, Juror No. 3 would have had an obvious bias against him and, as an attorney, she would have unduly influenced the rest of the jurors, thereby preventing him from receiving a fair trial.

The Clerk has inspected the questionnaire provided by Juror No. 3 and reports to the Court

that Juror No. 3 is not the lawyer that Plaintiff identifies by name in his filing. The lawyer at issue and Juror No. 3 have different first and last names. Juror No. 3 also lists an entirely different occupation.

Simply put, Plaintiff is mistaken in his belief that Juror No. 3 is the lawyer with whom he had prior dealings. The Court finds no basis on which to assume, never mind establish, any impropriety.

IT IS SO ORDERED.

Date:   12/20/2013

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Copies to:

Electronically registered counsel of record

and

TY EVANS
#158293
J-11-4F
4490 W. Reformatory Road
Pendleton, IN 46064-9001